Buffalo Wax Engravers, Inc., appellee, v. Warren Hall and F. B. Bellis, appellants. Gen. No. 32,802.

Opinion filed December 19, 1928. Rehearing denied January 2, 1929.

Deneen, Healy & Lee, for appellants. William Feldman, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Jennie Eisenstadt, defendant in error, v. Martin Lukaszewski, plaintiff in error. Gen. No. 32,814.

Opinion filed December 19, 1928.

Edward J. Warren, for plaintiff in error. Sidney D. Komie and J. W. Hallam, for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.

Alfred Miller, appellant, v. Joseph A. Metzner, appellee. Gen. No. 32,820.

Opinion filed December 19, 1928.

Harry Goodman, for appellant. Clarence Kammerman and J. J. Cooke, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Pearl Moore, appellant, v. Wilford C. Shipnes, appellee. Gen. No. 32,854.

Opinion filed December 19, 1928.

Frank T. Sharp, for appellant. Thomas B. Lantry, for appellee.

Mr. Justice Wilson delivered the opinion of the court.